# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 05-55217 |
| | § | |
| SOHL ENTERPRISES INC | § | |
| | § | |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/14/2005. The undersigned trustee was appointed on 10/14/2005.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $29,366.50

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $2,382.61 |
   | Bank service fees | $1,516.69 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $25,467.20 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

6.  The deadline for filing non-governmental claims in this case was <u>05/15/2006</u> and the deadline for filing government claims was <u>05/15/2006</u>. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is <u>$3,686.65</u>.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received <u>$0.00</u> as interim compensation and now requests the sum of <u>$1,327.59</u>, for a total compensation of <u>$1,327.59</u>[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of <u>$0.00</u>, and now requests reimbursement for expenses of <u>$0.00,</u> for total expenses of <u>$0.00</u>.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: <u>12/16/2014</u>                    By:   <u>/s/ Horace Fox, Jr.</u>
                                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1     Exhibit A

| | | |
|---|---|---|
| **Case No.:** | 05-55217 | |
| **Case Name:** | SOHL ENTERPRISES INC | |
| **For the Period Ending:** | 12/16/2014 | |

| | |
|---|---|
| **Trustee Name:** | Horace Fox, Jr. |
| **Date Filed (f) or Converted (c):** | 10/14/2005 (f) |
| **§341(a) Meeting Date:** | 02/07/2006 |
| **Claims Bar Date:** | 05/15/2006 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1   distressed r/e judgmentd | $1,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**   judgment against distressed real estate 3820 Butler Streeet, Pittsburg PA | | | | | |
| 2   Midwest Bank & Trust ( payroll ) funds at the bank | $1,839.00 | $1,839.00 | | $1,296.97 | FA |
| 3   Midwest Bank & Trust (checking) | $467.00 | $467.00 | | $0.00 | FA |
| 4   LaSalle Bank money market account | $8,800.00 | $8,800.00 | | $9,210.11 | FA |
| 5   Key Bank, Elkhart IN (checking) | $1,500.00 | $1,500.00 | | $0.00 | FA |
| **Asset Notes:**   key bank responded to my subpoena, that no such account existed under Sohl, Auto Driveway or Brandon Sohl. | | | | | |
| 6   Security deposit Dallas TX office | $2,800.00 | $2,800.00 | | $0.00 | FA |
| **Asset Notes:**   used for rent | | | | | |
| 7   Bond at Midwest Bank & Trust ( brkr authority)/ Bond expired and was not renewed. FUnds were transferred to Harris Bank.  I have issued a subpoena to Harris which is returnable 2.5.09. | $12,500.00 | $12,500.00 | | $13,402.14 | FA |
| 8   JP Morgan Ginnie Mae bonds | $515.20 | $515.20 | | $397.95 | FA |
| **Asset Notes:**   split evenly between 3 JP Morgan bonds | | | | | |
| 9   JP Morgan Ginnie Mae bonds | $1,224.95 | $1,224.95 | | $397.95 | FA |
| **Asset Notes:**   split evenly between 3 JP Morgan bonds | | | | | |
| 10   JP Morgan Ginnie Mae bonds | $1,530.53 | $1,530.53 | | $397.95 | FA |
| **Asset Notes:**   split evenly between 3 JP Morgan bonds | | | | | |
| 11   receivables collectible by purchaser AD Acquisition | $330,554.26 | $0.00 | | $0.00 | FA |
| **Asset Notes:**   The business was sold to AD Acqquisitions along with the right to collect this receivable | | | | | |
| 12   Atlanta Franchise a/r | $2,325.84 | $2,325.84 | | $0.00 | FA |
| 13   Boston Franchise a/r | $4,492.34 | $4,492.34 | | $0.00 | FA |
| 14   Cincinnati Franchise a/r | $1,047.41 | $1,047.41 | | $0.00 | FA |
| 15   Cleveland Franchise a/r | $265.25 | $265.25 | | $0.00 | FA |
| 16   Charlotte Franchise a/r | $5,107.21 | $5,107.21 | | $0.00 | FA |
| 17   Dallas Franchise a/r/ Adversary filed, 07-983 and voluntarily dismissed. | $2,850.63 | $2,850.63 | | $0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:    2          Exhibit A

| Case No.: | 05-55217 | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | SOHL ENTERPRISES INC | | Date Filed (f) or Converted (c): | 10/14/2005 (f) |
| For the Period Ending: | 12/16/2014 | | §341(a) Meeting Date: | 02/07/2006 |
| | | | Claims Bar Date: | 05/15/2006 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Asset Notes:**    Voluntarily dismissed with prejudice. | | | | | |
| **Ref. #** | | | | | |
| 18    Denville Franchise a/r/ Adversary filed and voluntarily dismissed 07-987 | $24,026.74 | $24,026.74 | | $0.00 | FA |
| **Asset Notes:**    voluntarily dismissed with prejudice | | | | | |
| 19    Houston Franchise a/r | $286.62 | $286.62 | | $0.00 | FA |
| 20    Indianapolis Franchise a/r | $583.50 | $583.50 | | $0.00 | FA |
| 21    Las Vegas Franchise a/r | $1,433.75 | $1,433.75 | | $0.00 | FA |
| 22    Long Beach Franchise a/r | $2,571.00 | $2,571.00 | | $0.00 | FA |
| 23    Los Angeles Franchise a/r | $603.93 | $603.93 | | $0.00 | FA |
| 24    Louisville Franchise a/r | $422.88 | $422.88 | | $0.00 | FA |
| 25    Memphis Franchise a/r | $1,097.42 | $1,097.42 | | $0.00 | FA |
| 26    Miami Franchise a/r | $1,369.57 | $1,369.57 | | $0.00 | FA |
| 27    Milwaukee Franchise a/r | $1,487.87 | $1,487.87 | | $0.00 | FA |
| 28    MInneapolis Franchise a/r/ adversary filed and volun tarily dismissed 07-988 | $10,951.77 | $10,951.77 | | $0.00 | FA |
| **Asset Notes:**    Vountarily dismissed with prejudice. | | | | | |
| 29    Nashville Franchise a/r | $1,730.15 | $1,730.15 | | $0.00 | FA |
| 30    Ne York Franchise a/r | $853.55 | $853.55 | | $0.00 | FA |
| 31    Oklahoma City Franchise a/r adversary 07-989 filed Status 2.18.09 | $3,965.23 | $3,965.23 | | $0.00 | FA |
| **Asset Notes:**    Dismissed with prejudice. | | | | | |
| 32    Orlando Franchise a./r/ adversary filed default order granted $ 1893.86 plus interest of $67.07. | $5,001.79 | $5,001.79 | | $0.00 | FA |
| **Asset Notes:**    Default jdmt of 1893.86 plus interest of 67.07 obtained.  Defendant not able to be found to collect. | | | | | |
| 33    Philadelphia Franchise a/r/ adversary filed, 07-991 and dismissed voluntarily, with prejudice. | $8,642.78 | $8,642.78 | | $0.00 | FA |
| 34    Pittsburgh Franchise a/r/ adversary filed 07-992. Default order entered for $2,001.29 plus interest of $70.88. | $3,262.37 | $3,262.37 | | $0.00 | FA |
| **Asset Notes:**    default jdgmt of 2101.29 plus 70.88 interest entered.  Unable to collect default judgment. | | | | | |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:   3          Exhibit A

| Case No.: | 05-55217 | Trustee Name: | Horace Fox, Jr. |
| Case Name: | SOHL ENTERPRISES INC | Date Filed (f) or Converted (c): | 10/14/2005 (f) |
| For the Period Ending: | 12/16/2014 | §341(a) Meeting Date: | 02/07/2006 |
| | | Claims Bar Date: | 05/15/2006 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 35 | Richmond Franchise a/r/ adversary filed 07-993 and voluntarily dismissed. | $15,341.57 | $15,341.57 | | $0.00 | FA |
| 36 | SanDiego Franchise a/r | $586.21 | $586.21 | | $0.00 | FA |
| 37 | San Jose Franchise a/r | $4,672.16 | $4,672.16 | | $4,204.94 | FA |
| 38 | Seattle Franchise a/r | $4,288.01 | $4,288.01 | | $0.00 | FA |
| 39 | St. Louis Franchise a/r | $339.06 | $339.06 | | $0.00 | FA |
| 40 | Salt Lake City Franchise a/r | $371.20 | $371.20 | | $0.00 | FA |
| 41 | Tampa Franchise a/r | $1,222.09 | $1,222.09 | | $0.00 | FA |
| 42 | Washington D.C. Franchise a/r | $3,816.29 | $3,816.29 | | $0.00 | FA |
| 43 | VOID | $0.00 | $0.00 | | $0.00 | $0.00 |
| 44 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| INT | Interest Asset                                (u) | Unknown | Unknown | | $58.49 | Unknown |
| **Asset Notes:**  interest asset unscheduled so 'U' appears on form 2 3.28.11 | | | | | | |

| TOTALS (Excluding unknown value) | | | | | | Gross Value of Remaining Assets |
| | | $477,747.13 | $146,192.87 | | $29,366.50 | $0.00 |

**Major Activities affecting case closing:**

E-mailed order to reviewer, Saladin on Vanguard claim, part administrative, part unsecured, and asked Mr. Sleezer to re-notice motion to pay Deal Genius, then resubmit final report to UST.

Final report submitted UST 10.27.14

Awaiting bank statement ordered mid September.

Tax returns available this week. 9.11.14

Motion to destroy records continued to 8.4.14, granted 8.4.14

Motion to destroy records set in Court 7.9.14

Expect submit final report 8.1.14 after motion to abandon and destroy records now set for 7.23.14 is granted.  7.20.14.

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:   4          Exhibit A

| Case No.: | 05-55217 | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | SOHL ENTERPRISES INC | | Date Filed (f) or Converted (c): | 10/14/2005 (f) |
| For the Period Ending: | 12/16/2014 | | §341(a) Meeting Date: | 02/07/2006 |
| | | | Claims Bar Date: | 05/15/2006 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Matt Glen, bond broker says that bonds have been called down to 2500.00 dollars, total.  Princ., paid out over face period. 01.13.2011. 630-323-5002.

Getting affidavit from broker on who got money.  1.14.12

Supplementing information in bond broker affidavit 2.29.12

Requested status of selling broker's affidavit as to bonds 4.7.12

E-mailed Mr. Sleezer re: broker affidavit as to sale of bonds.11.03.12

E-mailed and called broker re: bond sale and activity before sale. 2.9.13

Deposited bond funds, allocated between 3 bonds. 2.22.13

Look at claims again 5.11.13

Prepare final report. 8.12.13

An affidavit is being prepared for Mr. Glenn's signature regarding disposition of value of bond value over years.  Asked Mr. Sleezer to ask him to provide dettail of his fee, which he took out before sending me the bond proceeds, for accounting purposes. 10.1.13

10.28.13 broker affidavit has been signed by broker.

Set hearing for bond broker regarding drawdown and proceeds. 3.10.14

Requested accountant prepare taxes 6.5.14

Requested motion to destroy records and amended fees from Kraus firm and Matsakis firm. 6.6.14
Objections to claims continued to 1.26.11 at 10:00.

Objections to claims 23 and 17 were granted as were motions to employ L. West, add Jason Sleezer as counsel and to sell bonds.

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:    5                    Exhibit A

| Case No.: | 05-55217 | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | SOHL ENTERPRISES INC | | Date Filed (f) or Converted (c): | 10/14/2005 (f) |
| For the Period Ending: | 12/16/2014 | | §341(a) Meeting Date: | 02/07/2006 |
| | | | Claims Bar Date: | 05/15/2006 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

check on security deposit.  Object to claims.  Recapp adversaries.    6.26.10 Appoint accountant.

Redeem bonds.  Sell adversary judgments.10.03.10

Spoke to Gene Kraus re sale of 3 mortgage backed securities, GNMAII set to mature in 2023 and 2024.  He will file citation to discover assets on the several small judgments we have on the adversaries and file any necessary claim objections.

Spoke to J. Sleezer, who will get claims objections, motion to appoint accountant, motion to sell mortgage backed securities  on file set for 12.20.10.  Motion to abandon, to be set for 12.20 in case anyone wants to buy the judgments.

Must cash out JP Morgan bonds.  All adversaries have been disposed of.  Security deposit, likely used as rent.

Steve Radke has 15,000 from Midwest/Harris bank that are estate funds.

We sued any franchise that owed the estate more than $5,000.00

Got docs on remaining adversary.  Pursuing cd backing letter of credit at Harris bank through a subpoena.

Status on remaining adversaries 10.29.08

Demand letters to the banks this week.

Status 4.30.08.

There are receivalbes to collect.  Jim McArdle has been employed.  Consider selling receivables on the internet.  Got order to employ auctioneer.  Receivables have been offered several times in live and internet auctions, fetching no  acceptable offer. Proceed with adversaries.  Inspected 9 skids of recored prior to destruction and agreed to a claim by the storage company.

Stored the remaining 1 skid with Chris Matsakis.    Filed 9 adversaries October 12 and 13, 2007.

The large adversary was dismissed as the right to pursue it had been sold.  The other adversaries to be reserved.  2 additional adversaries closed.

**Initial Projected Date Of Final Report (TFR):**    11/30/2013         **Current Projected Date Of Final Report (TFR):**    10/15/2014       /s/ HORACE FOX, JR.

HORACE FOX, JR.

## FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 05-55217 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | SOHL ENTERPRISES INC | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2435 | | | Checking Acct #: | ******1701 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 10/14/2005 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/16/2014 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/25/2011 | | STERLING BANK | Transfer Funds | 9999-000 | $25,866.40 | | $25,866.40 |
| 08/01/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $9.42 | $25,856.98 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $41.72 | $25,815.26 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $43.00 | $25,772.26 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $38.90 | $25,733.36 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $40.18 | $25,693.18 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $41.46 | $25,651.72 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $41.39 | $25,610.33 |
| 02/06/2012 | 5001 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $24.73 | $25,585.60 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $38.64 | $25,546.96 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $42.55 | $25,504.41 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $38.50 | $25,465.91 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $41.09 | $25,424.82 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $41.02 | $25,383.80 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $39.64 | $25,344.16 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $44.85 | $25,299.31 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $35.55 | $25,263.76 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $40.76 | $25,223.00 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $42.01 | $25,180.99 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $38.01 | $25,142.98 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $40.57 | $25,102.41 |
| 02/05/2013 | 5002 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $29.78 | $25,072.63 |
| 02/22/2013 | | Edward Jones | Check from Edward Jones Investment company for 3 bonds was split evenly and allocated to each asset. | * | $1,193.85 | | $26,266.48 |
| | {8} | | allocate broker's fee 11.12.13          $397.95 | 1129-000 | | | $26,266.48 |
| | {9} | | $397.95 | 1129-000 | | | $26,266.48 |
| | {10} | | $397.95 | 1129-000 | | | $26,266.48 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $36.80 | $26,229.68 |

| | | | | SUBTOTALS | $27,060.25 | $830.57 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 05-55217 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | SOHL ENTERPRISES INC | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2435 | Checking Acct #: | ******1701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 10/14/2005 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/16/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $42.32 | $26,187.36 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $40.89 | $26,146.47 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $44.91 | $26,101.56 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $38.04 | $26,063.52 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $42.05 | $26,021.47 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $44.69 | $25,976.78 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $37.86 | $25,938.92 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $41.85 | $25,897.07 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $41.79 | $25,855.28 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $40.37 | $25,814.91 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $44.34 | $25,770.57 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $37.56 | $25,733.01 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $38.84 | $25,694.17 |
| 04/01/2014 | 5003 | INTERNATIONAL SURETIES LTD | Bond Payment | 2300-000 | | $21.85 | $25,672.32 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $40.09 | $25,632.23 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $42.69 | $25,589.54 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $38.62 | $25,550.92 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $41.23 | $25,509.69 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $42.49 | $25,467.20 |

| | | | | SUBTOTALS | $0.00 | $762.48 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| **Case No.** | 05-55217 | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** | SOHL ENTERPRISES INC | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***2435 | **Checking Acct #:** | ******1701 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | DDA |
| **For Period Beginning:** | 10/14/2005 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 12/16/2014 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $27,060.25 | $1,593.05 | $25,467.20 |
| | | | **Less: Bank transfers/CDs** | | $25,866.40 | $0.00 | |
| | | | **Subtotal** | | $1,193.85 | $1,593.05 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $1,193.85 | $1,593.05 | |

| For the period of 10/14/2005 to 12/16/2014 | | For the entire history of the account between 07/25/2011 to 12/16/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,193.85 | Total Compensable Receipts: | $1,193.85 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,193.85 | Total Comp/Non Comp Receipts: | $1,193.85 |
| Total Internal/Transfer Receipts: | $25,866.40 | Total Internal/Transfer Receipts: | $25,866.40 |
| | | | |
| Total Compensable Disbursements: | $1,593.05 | Total Compensable Disbursements: | $1,593.05 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,593.05 | Total Comp/Non Comp Disbursements: | $1,593.05 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 4          Exhibit B

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No. | 05-55217 | | | Trustee Name: | | Horace Fox, Jr. |
| Case Name: | SOHL ENTERPRISES INC | | | Bank Name: | | BANK OF AMERICA |
| Primary Taxpayer ID #: | **-***2435 | | | Money Market Acct #: | | ******8398 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | | MONEY MARKET |
| For Period Beginning: | 10/14/2005 | | | Blanket bond (per case limit): | | $5,000,000.00 |
| For Period Ending: | 12/16/2014 | | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/16/2007 | (37) | SAN JOSE AUTO DRIVEAWAY CO. | accounts receivable | 1121-000 | $4,204.94 | | $4,204.94 |
| 05/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $1.03 | | $4,205.97 |
| 06/29/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $3.45 | | $4,209.42 |
| 07/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $3.58 | | $4,213.00 |
| 08/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $3.58 | | $4,216.58 |
| 09/28/2007 | (INT) | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | $2.68 | | $4,219.26 |
| 10/15/2007 | 101 | CLERK OF US BANRUPTCY CLERK | filing fee 10 adversaries | 2700-000 | | $2,500.00 | $1,719.26 |
| 10/16/2007 | 101 | Reverses Check # 101 | filing fee 10 adversaries | 2700-003 | | ($2,500.00) | $4,219.26 |
| 10/16/2007 | 102 | CLERK OF BANKRUPTCY COURT | reverses check 101 | 2700-000 | | $2,250.00 | $1,969.26 |
| 10/31/2007 | (INT) | BANK OF AMERICA | OCTOBER 2007 INTEREST | 1270-000 | $2.00 | | $1,971.26 |
| 11/08/2007 | (INT) | BANK OF AMERICA | Interest Earned For November 2007 | 1270-000 | $0.25 | | $1,971.51 |
| 11/08/2007 | | Sterling Bank | Transfer Funds | 9999-000 | | $1,971.51 | $0.00 |

|  |  | |  |  |
|---|---|---|---|---|
| | TOTALS: | $4,221.51 | $4,221.51 | $0.00 |
| | Less: Bank transfers/CDs | $0.00 | $1,971.51 | |
| | Subtotal | $4,221.51 | $2,250.00 | |
| | Less: Payments to debtors | $0.00 | $0.00 | |
| | Net | $4,221.51 | $2,250.00 | |

| For the period of 10/14/2005 to 12/16/2014 | | For the entire history of the account between 05/16/2007 to 12/16/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,221.51 | Total Compensable Receipts: | $4,221.51 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,221.51 | Total Comp/Non Comp Receipts: | $4,221.51 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2,250.00 | Total Compensable Disbursements: | $2,250.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,250.00 | Total Comp/Non Comp Disbursements: | $2,250.00 |
| Total Internal/Transfer Disbursements: | $1,971.51 | Total Internal/Transfer Disbursements: | $1,971.51 |

# FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 05-55217 | |
| Case Name: | SOHL ENTERPRISES INC | |
| Primary Taxpayer ID #: | **-***2435 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 10/14/2005 | |
| For Period Ending: | 12/16/2014 | |

| | | |
|---|---|---|
| Trustee Name: | Horace Fox, Jr. | |
| Bank Name: | STERLING BANK | |
| Checking Acct #: | ******5217 | |
| Account Title: | | |
| Blanket bond (per case limit): | $5,000,000.00 | |
| Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/02/2008 | | Transfer From MMA # ******5217 | Transfer For Bond Payment | 9999-000 | $1.81 | | $1.81 |
| 04/02/2008 | 2001 | International Sureties, LTD. | Bond Payment | 2300-000 | | $1.81 | $0.00 |
| 04/02/2009 | | Transfer From MMA # ******5217 | Transfer For Bond Payment | 9999-000 | $9.06 | | $9.06 |
| 04/02/2009 | | Transfer From MMA # ******5217 | Transfer For Bond Payment | 9999-000 | $9.06 | | $18.12 |
| 04/02/2009 | | Transfer To Acct#******5217 | transfer to money market | 9999-000 | | $9.06 | $9.06 |
| 04/02/2009 | 2002 | International Sureties, LTD. | Bond Payment | 2300-000 | | $9.06 | $0.00 |
| 04/02/2009 | 2002 | VOID: International Sureties, LTD. | void, check 2002 | 2300-003 | | ($9.06) | $9.06 |
| 04/02/2009 | 2003 | International Sureties, LTD. | Bond Payment | 2300-000 | | $9.06 | $0.00 |
| 04/28/2010 | | Transfer From MMA # ******5217 | Transfer For Bond Payment | 9999-000 | $22.21 | | $22.21 |
| 04/28/2010 | 2004 | International Sureties, LTD. | Bond Payment | 2300-000 | | $22.21 | $0.00 |
| 03/02/2011 | | Transfer From MMA # ******5217 | Transfer For Bond Payment | 9999-000 | $23.17 | | $23.17 |
| 03/02/2011 | 2005 | International Sureties, Ltd. | Bond Payment - No. 01-6026455 | 2300-000 | | $23.17 | $0.00 |

| | | |
|---|---|---|
| TOTALS: | $65.31 | $65.31 | $0.00 |
| Less: Bank transfers/CDs | $65.31 | $9.06 | |
| Subtotal | $0.00 | $56.25 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $0.00 | $56.25 | |

**For the period of 10/14/2005 to 12/16/2014**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $65.31 |
| | |
| Total Compensable Disbursements: | $56.25 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $56.25 |
| Total Internal/Transfer Disbursements: | $9.06 |

**For the entire history of the account between 03/31/2008 to 12/16/2014**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $65.31 |
| | |
| Total Compensable Disbursements: | $56.25 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $56.25 |
| Total Internal/Transfer Disbursements: | $9.06 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 05-55217 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | SOHL ENTERPRISES INC | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***2435 | | Money Market Acct #: | ******5217 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 10/14/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/16/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/08/2007 | | BANK OF AMERICA | Transfer Funds | 9999-000 | $1,971.51 | | $1,971.51 |
| 11/30/2007 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.75 | | $1,972.26 |
| 12/31/2007 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $1.01 | | $1,973.27 |
| 01/31/2008 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.95 | | $1,974.22 |
| 02/29/2008 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.78 | | $1,975.00 |
| 03/31/2008 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.77 | | $1,975.77 |
| 04/02/2008 | | Transfer To  # ******5217 | Transfer For Bond Payment | 9999-000 | | $1.81 | $1,973.96 |
| 04/30/2008 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.65 | | $1,974.61 |
| 05/30/2008 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.67 | | $1,975.28 |
| 06/30/2008 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.65 | | $1,975.93 |
| 07/31/2008 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.62 | | $1,976.55 |
| 08/29/2008 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.50 | | $1,977.05 |
| 09/30/2008 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.49 | | $1,977.54 |
| 10/31/2008 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.38 | | $1,977.92 |
| 11/28/2008 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.25 | | $1,978.17 |
| 12/31/2008 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.21 | | $1,978.38 |
| 01/07/2009 | (4) | Bank Of America | LaSalle Bank mm account | 1129-000 | $9,210.11 | | $11,188.49 |
| 01/15/2009 | (2) | Midwest Bank and Trust Company | Auto Driveway | 1129-000 | $1,296.97 | | $12,485.46 |
| 01/30/2009 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.79 | | $12,486.25 |
| 02/27/2009 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.96 | | $12,487.21 |
| 03/03/2009 | (7) | Auto Driveway Co. | Money in cd. | 1129-000 | $13,402.14 | | $25,889.35 |
| 03/31/2009 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $1.56 | | $25,890.91 |
| 04/02/2009 | | Transfer From  Acct#******5217 | transfer to money market | 9999-000 | $9.06 | | $25,899.97 |
| 04/02/2009 | | Transfer To  # ******5217 | Transfer For Bond Payment | 9999-000 | | $9.06 | $25,890.91 |
| 04/02/2009 | | Transfer To  # ******5217 | Transfer For Bond Payment | 9999-000 | | $9.06 | $25,881.85 |
| 04/30/2009 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $1.06 | | $25,882.91 |
| 05/29/2009 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $1.10 | | $25,884.01 |
| 06/30/2009 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $1.06 | | $25,885.07 |
| | | | **SUBTOTALS** | | $25,905.00 | $19.93 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-55217 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | SOHL ENTERPRISES INC | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***2435 | Money Market Acct #: | ******5217 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 10/14/2005 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/16/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/31/2009 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $1.10 | | $25,886.17 |
| 08/31/2009 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $1.10 | | $25,887.27 |
| 09/30/2009 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $1.06 | | $25,888.33 |
| 10/30/2009 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $1.10 | | $25,889.43 |
| 11/30/2009 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $1.06 | | $25,890.49 |
| 12/31/2009 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $1.10 | | $25,891.59 |
| 01/29/2010 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $1.10 | | $25,892.69 |
| 02/26/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.99 | | $25,893.68 |
| 03/31/2010 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $1.10 | | $25,894.78 |
| 04/28/2010 | | Transfer To # ******5217 | Transfer For Bond Payment | 9999-000 | | $22.21 | $25,872.57 |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $1.06 | | $25,873.63 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $1.10 | | $25,874.73 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $1.06 | | $25,875.79 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $1.10 | | $25,876.89 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $1.10 | | $25,877.99 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $1.06 | | $25,879.05 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $1.10 | | $25,880.15 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $1.06 | | $25,881.21 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $1.10 | | $25,882.31 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $1.10 | | $25,883.41 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.99 | | $25,884.40 |
| 03/02/2011 | | Transfer To # ******5217 | Transfer For Bond Payment | 9999-000 | | $23.17 | $25,861.23 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $1.10 | | $25,862.33 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $1.06 | | $25,863.39 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $1.10 | | $25,864.49 |
| 06/30/2011 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $1.06 | | $25,865.55 |
| 07/25/2011 | (INT) | STERLING BANK | Interest Earned For July 2011 | 1270-000 | $0.85 | | $25,866.40 |
| 07/25/2011 | | Green Bank | Transfer Funds | 9999-000 | | $25,866.40 | $0.00 |
| | | | **SUBTOTALS** | | $26.71 | $25,911.78 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| **Case No.** | 05-55217 | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** | SOHL ENTERPRISES INC | **Bank Name:** | STERLING BANK |
| **Primary Taxpayer ID #:** | **-***2435 | **Money Market Acct #:** | ******5217 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | MMA |
| **For Period Beginning:** | 10/14/2005 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 12/16/2014 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $25,931.71 | $25,931.71 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $1,980.57 | $25,931.71 | |
| | | | **Subtotal** | | $23,951.14 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $23,951.14 | $0.00 | |

| For the period of 10/14/2005 to 12/16/2014 | | For the entire history of the account between 11/08/2007 to 12/16/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $23,951.14 | Total Compensable Receipts: | $23,951.14 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $23,951.14 | Total Comp/Non Comp Receipts: | $23,951.14 |
| Total Internal/Transfer Receipts: | $1,980.57 | Total Internal/Transfer Receipts: | $1,980.57 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $25,931.71 | Total Internal/Transfer Disbursements: | $25,931.71 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-55217 | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | SOHL ENTERPRISES INC | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***2435 | | Money Market Acct #: | ******5217 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 10/14/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/16/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|---|---|
| | | **TOTAL - ALL ACCOUNTS** | | $29,366.50 | $3,899.30 | $25,467.20 |

| For the period of 10/14/2005 to 12/16/2014 | | For the entire history of the case between 10/14/2005 to 12/16/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $29,366.50 | Total Compensable Receipts: | $29,366.50 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $29,366.50 | Total Comp/Non Comp Receipts: | $29,366.50 |
| Total Internal/Transfer Receipts: | $27,912.28 | Total Internal/Transfer Receipts: | $27,912.28 |
| | | | |
| Total Compensable Disbursements: | $3,899.30 | Total Compensable Disbursements: | $3,899.30 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,899.30 | Total Comp/Non Comp Disbursements: | $3,899.30 |
| Total Internal/Transfer Disbursements: | $27,912.28 | Total Internal/Transfer Disbursements: | $27,912.28 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.

| Case No. | 05-55217 | | | | | | | Trustee Name: | Horace Fox, Jr. | | |
| Case Name: | SOHL ENTERPRISES INC | | | | | | | Date: | 12/16/2014 | | |
| Claims Bar Date: | 05/15/2006 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HORACE FOX, JR.<br><br>6 East Monroe<br>Suite 1004<br>Chicago IL 60603 | 11/21/2010 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $3,686.65 | $3,686.65 | $0.00 | $0.00 | $0.00 | $3,686.65 |
| * 23 | PHILADELPHIA FRANCHISE<br>3505 Davisville Rd.<br>Hatboro PA 19040 | 06/06/2006 | Real Estate - Consensual Liens | Disallowed | 4110-000 | $0.00 | $9,571.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | see dkt 69 | | | | | | | | | | | |
| | LOIS WEST, POPOWCER KATTEN, LTD<br><br>35 E. Wacker Dr.,<br>#1550<br>Chicago IL 60601-2124 | 09/15/2014 | Accountant for Trustee Expenses (Other Firm) | Allowed | 3420-000 | $0.00 | $5.50 | $5.50 | $0.00 | $0.00 | $0.00 | $5.50 |
| | POPOWCER KATTEN, LTD.<br><br>35 E. Wacker, #1550<br>Chicago IL 60601220 | 12/01/2014 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $0.00 | $2,082.50 | $2,082.50 | $0.00 | $0.00 | $0.00 | $2,082.50 |
| | JASON SLEEZER, SCOTT & KRAUS LLC<br><br>150 S. Wacker Dr.<br>#2900<br>Chicago IL 60610 | 05/30/2014 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $0.00 | $1,474.76 | $1,474.46 | $0.00 | $0.00 | $0.00 | $1,474.46 |
| | JASON SLEEZER, SCOTT & KRAUS, LLC<br>150 S. Wacker Drive,<br>#2900<br>Chicago IL 60606 | 03/10/2014 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $55,331.50 | $55,331.50 | $0.00 | $0.00 | $0.00 | $55,331.50 |

* There is an objection filed for this claim

CLAIM ANALYSIS REPORT

| Case No. | 05-55217 | | | | | | Trustee Name: | Horace Fox, Jr. | | | |
| Case Name: | SOHL ENTERPRISES INC | | | | | | Date: | 12/16/2014 | | | |
| Claims Bar Date: | 05/15/2006 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MATTHEW GLENN, EDWARD JONES 5A Golf Ave., Clarendon Hills IL 50514 | 03/10/2014 | Auctioneer for Trustee Fee | Allowed | 3610-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Bond seller was authorized to take a 1% commission but, he submitted no detail and took no commission,  therefore,amount claimed and paid is zero. | | | | | | | | | | | |
| | VANGUARD ARCHIVES, LLC 3900 So. Michigan Avenue Chicago IL 60653 | 12/01/2010 | Costs to Secure/Maintain Property | Allowed | 2420-000 | $0.00 | $5,024.26 | $5,024.26 | $0.00 | $0.00 | $0.00 | $5,024.26 |
| **Claim Notes:** | Vanguard granted administrative claim of $5,024.26, an allowed us claim of $300.24 and the ability to supplement its claim for subsequent charges, per 3.23.07 court order Doc. # 21 | | | | | | | | | | | |
| | VANGUARD ARCHIVES, LLC 3900 So. Michigan Avenue Chicago IL 60653 | 12/16/2014 | Costs to Secure/Maintain Property | Allowed | 2420-000 | $0.00 | $300.24 | $300.24 | $0.00 | $0.00 | $0.00 | $300.24 |
| **Claim Notes:** | Vanguard granted administrative claim of $5,024.26, an allowed us claim of $300.24 and the ability to supplement its claim for subsequent charges, per 3.23.07 court order Doc. # 21 | | | | | | | | | | | |
| | CHRIS MATSAKIS, DEALGENIUS 1830 N. Beasly Ct. Chicago IL 60642 | 05/19/2014 | Other Chapter 7 Administrative Expense | Allowed | 2990-000 | $0.00 | $3,116.00 | $3,116.00 | $0.00 | $0.00 | $0.00 | $3,116.00 |
| **Claim Notes:** | Record storage, through May 2014, 27 boxes 60.00 pick up fee and 420.00 annually plus 35.00 for 5.14, including 81.00 for destruction of records. | | | | | | | | | | | |
| * 5 | SCOTT ALLEN Auto Driveway Inc 9025 S State St Sandy UT 84070 | 03/16/2006 | Claims of Governmental Units - 507( | Disallowed | 5800-000 | $0.00 | $780.32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | disallowed, see dkt 84 | | | | | | | | | | | |

* There is an objection filed for this claim

CLAIM ANALYSIS REPORT

Page No: 3   Exhibit C

| | | |
|---|---|---|
| **Case No.** | 05-55217 | **Trustee Name:** Horace Fox, Jr. |
| **Case Name:** | SOHL ENTERPRISES INC | **Date:** 12/16/2014 |
| **Claims Bar Date:** | 05/15/2006 | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | JOHN ORTIZ<br><br>dba Auto Driveway (San Jose Franchise)<br>28402 Century St<br>Hayward CA 94545 | 03/30/2006 | Claims of Governmental Units - 507( | Allowed | 5800-000 | $0.00 | $2,605.77 | $2,605.77 | $0.00 | $0.00 | $0.00 | $2,605.77 |
| 14 | DEPARTMENT OF THE TREASURY-INTERNAL REVENUE SERVICE<br>Centralized Insolvency Operations<br>P O Box 21126<br>Philadelphia PA 19114 | 05/15/2006 | Claims of Governmental Units - 507( | Disallowed | 5800-000 | $0.00 | $18,275.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | disallowed, see dkt 88 | | | | | | | | | | | |
| 16 | RJ DRIVEAWAY CO INC<br><br>9039-A W. National Ave.<br>Milwaukee WI 53227 | 05/16/2006 | Claims of Governmental Units - 507( | Disallowed | 5800-000 | $0.00 | $961.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | disallowed, see dkt 87 | | | | | | | | | | | |
| 17B | ST. LOUIS FRANCHISE<br><br>1155 Francis Place<br>Saint Louis MO 63117 | 05/17/2006 | Claims of Governmental Units - 507( | Disallowed | 5800-000 | $0.00 | $2,225.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | disallowed, see dkt 65 | | | | | | | | | | | |
| 20B | GEL-KOR ENTERPRISES INC<br><br>6909 Partridge Lane<br>Orlando FL 32807-5313 | 05/23/2006 | Claims of Governmental Units - 507( | Disallowed | 5800-000 | $0.00 | $4,925.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | disallowed, see dkt 85. | | | | | | | | | | | |

CLAIM ANALYSIS REPORT                                    Page No: 4              Exhibit C

| Case No. | 05-55217 | | | | | | | | Trustee Name: | Horace Fox, Jr. | | |
| Case Name: | SOHL ENTERPRISES INC | | | | | | | | Date: | 12/16/2014 | | |
| Claims Bar Date: | 05/15/2006 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| * 22 | DONALD C ADDLESPURGER<br><br>Auto Driveway<br>1100 Washington Suite 3000<br>Carnegie PA 15106 | 06/06/2006 | Claims of Governmental Units - 507( | Disallowed | 5800-000 | $0.00 | $2,531.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Claim Notes: | disallowed, see dkt 86 | | | | | | | | | | | |
| 25 | DEPARTMENT OF THE TREASURY-INTERNAL REVENUE SERVICE<br>Centralized Insolvency Operations<br>P O Box 21126<br>Philadelphia PA 19114 | 06/08/2006 | Claims of Governmental Units - 507( | Disallowed | 5800-000 | $0.00 | $18,275.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Claim Notes: | disallowed see dkt 88 | | | | | | | | | | | |
| 1 | IBM CREDIT LLC<br><br>B H Shideler<br>Two Lincoln Centre<br>Oakbrook Terrace IL 60181 | 12/12/2005 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $28,977.00 | $28,977.00 | $0.00 | $0.00 | $0.00 | $28,977.00 |
| 2 | PORTLAND FRANCHISE<br><br>John R Case<br>434 N W Hoyt St<br>Portland OR 97209 | 02/24/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,000.00 | $5,000.00 | $0.00 | $0.00 | $0.00 | $5,000.00 |
| 3 | TERRENCE P. KEENAN, P.C.<br>CPA<br>5358 RFD.<br>Long Grove IL 60047 | 02/28/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $612.50 | $612.50 | $0.00 | $0.00 | $0.00 | $612.50 |

* There is an objection filed for this claim

CLAIMS ANALYSIS REPORT
Page No: 5
Exhibit C

| Case No. | 05-55217 | | | | | | | Trustee Name: | Horace Fox, Jr. | | |
| Case Name: | SOHL ENTERPRISES INC | | | | | | | Date: | 12/16/2014 | | |
| Claims Bar Date: | 05/15/2006 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | HEWLETT-PACKARD FINANCIAL SERVICES COMPANY c/o Peter J Aschcroft Esquire 707 Grant Street 2200 Gulf Tower Pittsburgh PA 15219 | 03/16/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $15,121.89 | $15,121.89 | $0.00 | $0.00 | $0.00 | $15,121.89 |
| 6 | DETROIT FRANCHISE 8367 13-mile Rd. Warren MI 48093 | 03/13/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $18,705.97 | $18,705.97 | $0.00 | $0.00 | $0.00 | $18,705.97 |
| 8 | ROBERT O WATERS CO INC d/b/a Auto Driveaway co PO Box 247/116 Maple Dr Fayetteville NY 13066 | 04/03/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,339.79 | $3,339.79 | $0.00 | $0.00 | $0.00 | $3,339.79 |
| 9 | DALLAS FRANCHISE 4200 Wiley Post Rd Addison TX 75001 | 04/03/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $8,629.83 | $8,629.83 | $0.00 | $0.00 | $0.00 | $8,629.83 |
| 10 | JOHN F SOHL REVOCABLE TRUST 2712 N E 29th Place Gainesville FL 32605 | 04/10/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $200,000.00 | $200,000.00 | $0.00 | $0.00 | $0.00 | $200,000.00 |
| 11 | CINCINNATI FRANCHISE c/o Sanjam Inc 10558 Swanson Ct Cincinnati OH 45249 | 05/04/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,288.69 | $3,288.69 | $0.00 | $0.00 | $0.00 | $3,288.69 |
| 12 | ROSE A. SOHL TRUST 512 W. Shady Lane Barrington IL 60010 | 05/10/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $180,000.00 | $180,000.00 | $0.00 | $0.00 | $0.00 | $180,000.00 |

**Claim Notes:**    (12-1) Money loaned

CLAIM ANALYSIS REPORT   Page No: 6   Exhibit C

| Case No. | 05-55217 | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | SOHL ENTERPRISES INC | | Date: | 12/16/2014 |
| Claims Bar Date: | 05/15/2006 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | BRANDON SOHL<br><br>512 W. Shady Lane<br>Barrington IL 60010 | 05/10/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $10,000.00 | $10,000.00 | $0.00 | $0.00 | $0.00 | $10,000.00 |

**Claim Notes:**   (13-1) Money loaned

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | DLA PIPER RUDNICK GRAY CARY US LLP<br>c/o Richard M Kremen Esquire<br>The Marybury Building<br>6225 Smith Avenue<br>Baltimore MD 21209-3600 | 05/15/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $71,517.16 | $71,517.16 | $0.00 | $0.00 | $0.00 | $71,517.16 |
| 17A | ST. LOUIS FRANCHISE<br><br>1155 Francis Place<br>Saint Louis MO 63117 | 05/17/2006 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $0.00 | $1,007.55 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**   disallowed, see dkt 65.

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | AD ACQUISITION LLC<br><br>c/o Robert D Wolford<br>250 Monroe Avenue WN Suite 800<br>PO Box 306<br>Grand Rapids MI 49501-0306 | 05/16/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $131,691.00 | $131,691.00 | $0.00 | $0.00 | $0.00 | $131,691.00 |
| 19 | WILLIAM J. KAMM & SONS<br>PO Box 129<br>Medinah IL 60157 | 05/18/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $98,889.00 | $98,889.00 | $0.00 | $0.00 | $0.00 | $98,889.00 |
| 20A | GEL-KOR ENTERPRISES INC<br>6909 Partridge Lane<br>Orlando FL 32807-5313 | 05/23/2006 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $0.00 | $179.14 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**   disallowed, see dkt 85

CLAIM ANALYSIS REPORT

Exhibit C

| | | |
|---|---|---|
| **Case No.** | 05-55217 | **Trustee Name:** Horace Fox, Jr. |
| **Case Name:** | SOHL ENTERPRISES INC | **Date:** 12/16/2014 |
| **Claims Bar Date:** | 05/15/2006 | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | CNA COMPANIES<br><br>c/o Jonathan Young and Jeffrey Gansberg<br>Wildman Harrold Allen & Dixon<br>225 West Wacker Drive<br>Chicago IL 60606 | 05/26/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | 310 SOUTH MICHIGAN AVENUE, L.L.C.<br>c/o Jon E. Klinghoffer<br>Goldberg, Kohn<br>55 East Monroe, Suite 3700<br>Chicago IL 60603 | 06/07/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $351,469.92 | $351,469.92 | $0.00 | $0.00 | $0.00 | $351,469.92 |
| | | | | | | **$1,259,602.98** | **$1,200,869.63** | **$0.00** | **$0.00** | **$0.00** | **$1,200,869.63** |

CLAIM ANALYSIS REPORT                                                              Page No: 8                    Exhibit C

| Case No. | 05-55217 | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | SOHL ENTERPRISES INC | | | Date: | 12/16/2014 |
| Claims Bar Date: | 05/15/2006 | | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Expenses (Other Firm) | $5.50 | $5.50 | $0.00 | $0.00 | $0.00 | $5.50 |
| Accountant for Trustee Fees (Other Firm) | $2,082.50 | $2,082.50 | $0.00 | $0.00 | $0.00 | $2,082.50 |
| Attorney for Trustee Expenses (Other Firm) | $1,474.76 | $1,474.46 | $0.00 | $0.00 | $0.00 | $1,474.46 |
| Attorney for Trustee Fees (Other Firm) | $55,331.50 | $55,331.50 | $0.00 | $0.00 | $0.00 | $55,331.50 |
| Auctioneer for Trustee Fee | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Claims of Governmental Units - 507( | $50,580.75 | $2,605.77 | $0.00 | $0.00 | $0.00 | $2,605.77 |
| Costs to Secure/Maintain Property | $5,324.50 | $5,324.50 | $0.00 | $0.00 | $0.00 | $5,324.50 |
| General Unsecured 726(a)(2) | $1,128,429.44 | $1,127,242.75 | $0.00 | $0.00 | $0.00 | $1,127,242.75 |
| Other Chapter 7 Administrative Expense | $3,116.00 | $3,116.00 | $0.00 | $0.00 | $0.00 | $3,116.00 |
| Real Estate - Consensual Liens | $9,571.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $3,686.65 | $3,686.65 | $0.00 | $0.00 | $0.00 | $3,686.65 |

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:        05-55217
Case Name:       SOHL ENTERPRISES INC
Trustee Name:    Horace Fox, Jr.

Balance on hand:        _____ $25,467.20

Claims of secured creditors will be paid as follows:

Total to be paid to secured creditors:        _____ $0.00
Remaining balance:        _____ $25,467.20

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Horace Fox, Jr., Trustee Fees | $3,686.65 | $0.00 | $1,327.59 |
| Jason Sleezer, Scott & Kraus, LLC, Attorney for Trustee Fees | $55,331.50 | $0.00 | $19,925.35 |
| Jason Sleezer, Scott & Kraus LLC, Attorney for Trustee Expenses | $1,474.46 | $0.00 | $530.97 |
| Popowcer Katten, Ltd., Accountant for Trustee Fees | $2,082.50 | $0.00 | $749.93 |
| Lois West, Popowcer Katten, LTD, Accountant for Trustee Expenses | $5.50 | $0.00 | $1.98 |
| Other: Vanguard Archives, LLC, Costs to secure/Maintain Propert | $5,024.26 | $0.00 | $1,809.28 |
| Other: Vanguard Archives, LLC, Costs to secure/Maintain Propert | $300.24 | $0.00 | $0.00 |
| Other: Chris Matsakis, Dealgenius, Other Chapter 7 Administrative Expenses | $3,116.00 | $0.00 | $1,122.10 |

Total to be paid for chapter 7 administrative expenses:        _____ $25,467.20
Remaining balance:        _____ $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:        _____ $0.00

UST Form 101-7-TFR (5/1/2011)

Remaining balance: _____ $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,605.77 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | John Ortiz | $2,605.77 | $0.00 | $0.00 |

Total to be paid to priority claims: _____ $0.00
Remaining balance: _____ $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,127,242.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | IBM Credit LLC | $28,977.00 | $0.00 | $0.00 |
| 2 | Portland Franchise | $5,000.00 | $0.00 | $0.00 |
| 3 | Terrence P. Keenan, P.C. | $612.50 | $0.00 | $0.00 |
| 4 | Hewlett-Packard Financial Services Company | $15,121.89 | $0.00 | $0.00 |
| 6 | Detroit Franchise | $18,705.97 | $0.00 | $0.00 |
| 8 | Robert O Waters Co Inc | $3,339.79 | $0.00 | $0.00 |
| 9 | Dallas Franchise | $8,629.83 | $0.00 | $0.00 |
| 10 | John F Sohl Revocable Trust | $200,000.00 | $0.00 | $0.00 |
| 11 | Cincinnati Franchise | $3,288.69 | $0.00 | $0.00 |
| 12 | Rose A. Sohl Trust | $180,000.00 | $0.00 | $0.00 |
| 13 | Brandon Sohl | $10,000.00 | $0.00 | $0.00 |
| 15 | DLA Piper Rudnick Gray Cary US LLP | $71,517.16 | $0.00 | $0.00 |
| 18 | AD Acquisition LLC | $131,691.00 | $0.00 | $0.00 |
| 19 | William J. Kamm & Sons | $98,889.00 | $0.00 | $0.00 |

| 21 | CNA Companies | $0.00 | $0.00 | $0.00 |
| 24 | 310 South Michigan Avenue, L.L.C. | $351,469.92 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims:      $0.00
Remaining balance:      $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:      $0.00
Remaining balance:      $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:      $0.00
Remaining balance:      $0.00