# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 05-55217 |
| | § | |
| SOHL ENTERPRISES INC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn, Room 713, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 1/19/2015, in Courtroom 642, United States Courthouse, 219 S. Dearborn, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  12/16/2014            By:  /s/ Horace Fox, Jr.
                                              Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 05-55217
§
SOHL ENTERPRISES INC §
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*  $29,366.50
*and approved disbursements of*  $3,899.30
*leaving a balance on hand of[1]:*  $25,467.20

Claims of secured creditors will be paid as follows:

Total to be paid to secured creditors: $0.00
Remaining balance: $25,467.20

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Horace Fox, Jr., Trustee Fees | $3,686.65 | $0.00 | $1,327.59 |
| Jason Sleezer, Scott & Kraus, LLC, Attorney for Trustee Fees | $55,331.50 | $0.00 | $19,925.35 |
| Jason Sleezer, Scott & Kraus LLC, Attorney for Trustee Expenses | $1,474.46 | $0.00 | $530.97 |
| Popowcer Katten, Ltd., Accountant for Trustee Fees | $2,082.50 | $0.00 | $749.93 |
| Lois West, Popowcer Katten, LTD, Accountant for Trustee Expenses | $5.50 | $0.00 | $1.98 |
| Other: Vanguard Archives, LLC, Costs to secure/Maintain Propert | $5,024.26 | $0.00 | $1,809.28 |
| Other: Vanguard Archives, LLC, Costs to | $300.24 | $0.00 | $0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | | | |
|---|---|---|---|
| secure/Maintain Propert | | | |
| Other: Chris Matsakis, Dealgenius, Other Chapter 7 Administrative Expenses | $3,116.00 | $0.00 | $1,122.10 |

        Total to be paid for chapter 7 administrative expenses:    $25,467.20
        Remaining balance:    $0.00

    Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

        Total to be paid to prior chapter administrative expenses:    $0.00
        Remaining balance:    $0.00

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,605.77 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | John Ortiz | $2,605.77 | $0.00 | $0.00 |

        Total to be paid to priority claims:    $0.00
        Remaining balance:    $0.00

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $1,127,242.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | IBM Credit LLC | $28,977.00 | $0.00 | $0.00 |
| 2 | Portland Franchise | $5,000.00 | $0.00 | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 3 | Terrence P. Keenan, P.C. | $612.50 | $0.00 | $0.00 |
| 4 | Hewlett-Packard Financial Services Company | $15,121.89 | $0.00 | $0.00 |
| 6 | Detroit Franchise | $18,705.97 | $0.00 | $0.00 |
| 8 | Robert O Waters Co Inc | $3,339.79 | $0.00 | $0.00 |
| 9 | Dallas Franchise | $8,629.83 | $0.00 | $0.00 |
| 10 | John F Sohl Revocable Trust | $200,000.00 | $0.00 | $0.00 |
| 11 | Cincinnati Franchise | $3,288.69 | $0.00 | $0.00 |
| 12 | Rose A. Sohl Trust | $180,000.00 | $0.00 | $0.00 |
| 13 | Brandon Sohl | $10,000.00 | $0.00 | $0.00 |
| 15 | DLA Piper Rudnick Gray Cary US LLP | $71,517.16 | $0.00 | $0.00 |
| 18 | AD Acquisition LLC | $131,691.00 | $0.00 | $0.00 |
| 19 | William J. Kamm & Sons | $98,889.00 | $0.00 | $0.00 |
| 21 | CNA Companies | $0.00 | $0.00 | $0.00 |
| 24 | 310 South Michigan Avenue, L.L.C. | $351,469.92 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00

UST Form 101-7-NFR (10/1/2010)

Remaining balance: $0.00

Prepared By: /s/ Horace Fox, Jr.
                Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 05-55217-ABG
Sohl Enterprises, Inc.                                                    Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: mflowers              Page 1 of 2              Date Rcvd: Dec 18, 2014
                               Form ID: pdf006             Total Noticed: 64

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2014.
```
db          +Sohl Enterprises, Inc.,    512 West Shady Lane,    Barrington, IL 60010-4144
10767837    +310 South Michigan Avenue, L.L.C.,    c/o Jon E. Klinghoffer,    Goldberg, Kohn,
              55 East Monroe, Suite 3700,    Chicago, Illinois 60603-6029
10737920    +AD Acquisition LLC,    c/o Robert D Wolford,    250 Monroe Avenue WN Suite 800,    PO Box 306,
              Grand Rapids, MI 49501-0306
10251425    +Atlanta Franchise,    3485 N. Desert Drive,    Atlanta, GA 30344-5724
10251426    +Barbara Mathisen,    IBM,   71 South Wacker Drive,    Chicago, IL 60606-4637
10251427    +Boston Franchise,    136 Bacon Street,    Waltham, MA 02451-0797
10251428    +Brandon Sohl,    512 W. Shady Lane,    Barrington, IL 60010-4144
10753107    +CNA Companies,    c/o Jonathan Young and Jeffrey Gansberg,    Wildman Harrold Allen & Dixon,
              225 West Wacker Drive,    Suite 2800,    Chicago, IL 60606-1228
10251432    +CNA Insurance,    333 S. Wabash Avenue,    Chicago, IL 60604-4153
10251433    +CP Meyer Consulting,    129 Hutchins Street,    Woodstock, IL 60098-3326
10251429    +Charlotte Franchise,    5601 77-Center Drive,    Charlotte, NC 28217-0740
10251430    +Cincinnati Franchise,    c/o Sanjam Inc,    10558 Swanson Ct,    Cincinnati, OH 45249-3607
10251431    +Cleveland Franchise,    20325 Center Ridge Road,    Cleveland, OH 44116-3572
10736030     DLA Piper Rudnick Gray Cary US LLP,    c/o Richard M Kremen Esquire,    The Marybury Building,
              6225 Smith Avenue,    Baltimore, Maryland 21209-3600
10251434    +Dallas Franchise,    4200 Wiley Post Rd,    Addison, TX 75001-4265
10251435    +Daniel D. Shapiro & Jon Klinghoffer,    Goldberg, Kohn, Bell, Black, etc.,
              55 E. Monroe Street, #3700,    Chicago, IL 60603-6029
10251436    +Denver Franchise,    5777 E. Evans Ave.,    Denver, CO 80222-5309
10251437    +Denville Franchise,    400 Morris Ave,    Denville, NJ 07834-1362
10251438    +Detroit Franchise,    8367 13-mile Rd.,    Warren, MI 48093-2184
10767484    +Donald C Addlespurger,    Auto Driveway,    1100 Washington Suite 3000,    Carnegie, PA 15106-3614
10251439    +Ft. Lauderdale Franchise,    401 W. Prospect Rd.,    (NW 44th St.),
              Fort Lauderdale, FL 33309-3929
10251440    +Ft. Meyers,    10550 Daniels Parkway,    Fort Myers, FL 33913-8821
10748142     Gel-Kor Enterprises Inc,    6909 Partridge Lane,    Orlando, FK 32807-5313
10251441    +Grand Rapids Franchise,    5824 South Division,    Kentwood, MI 49548-5753
10648730     Hewlett-Packard Financial Services Company,    c/o Peter J Aschcroft Esquire,    707 Grant Street,
              2200 Gulf Tower,    Pittsburgh, PA 15219
10251443    +Houston Franchise,    6406 Stuebner Airline,    Houston, TX 77091-3322
10251444    +IBM Credit LLC,    B H Shideler,    Two Lincoln Centre,    Oakbrook Terrace, Ilinois 60181-4295
10251445     IKON Office Solutions, Inc.,    Central District,    PO Box 802566,    Chicago, IL 60680-2566
10251446    +Indianapolis Franchise,    2559 E. 55th Place,    Indianapolis, IN 46220-3525
10251447     Injured Workers Insurance Fund for,    Maryland 87,    8722 Loch Ravin Boulevard,
              Towson, MD 21286-2235
10688933     John F Sohl Revocable Trust,    2712 N E 29th Place,    Gainesville, FL 32605
10251469    +John Ortiz,    dba Auto Driveway (San Jose Franchise),    28402 Century St,
              Hayward, CA 94545-4800
10251448    +Kansas Franchise,    7930 State Line,    Prairie Village, KS 66208-3708
10251449    +Long Beach Franchise,    4012 Orange Ave.,    Long Beach, CA 90807-3717
10251450    +Louisville Franchise,    2210 Goldsmith Lane,    Louisville, KY 40218-1038
10251451    +Memphis Franchise,    6401 Poplar Avenue,    Memphis, TN 38119-4823
10251453    +Minneapolis Franchise,    2500 E. 25th Street,    Minneapolis, MN 55406-4125
10251454    +Nashville Franchise,    333 S. Gallatin Road,    Madison, TN 37115-4001
10251455    +New York Franchise,    225 W. 34th Street,    Suite 1201,    New York, NY 10122-1693
10251456    +O’Hagan, Smith & Amundsen,    150 N. Michigan Ave,    Suite 3300,    Chicago, IL 60601-6004
10251457    +Omaha Franchise,    3506 Keystone Drive,    Omaha, NE 68134-4829
10251458    +Orlando Franchise,    6909 Partridge Lane,    Orlando, FL 32807-5313
10251459     PC Mall,    File 55327,    Los Angeles, CA 90074-5327
10251460    +Philadelphia Franchise,    3505 Davisville Rd.,    Hatboro, PA 19040-4208
10251461    +Phoenix Franchise,    3920 E. Indian School Rd.,    Suites 14 & 15,    Phoenix, AZ 85018-5257
10251462    +Piper Rudnick,    6225 Smith Avenue,    Baltimore, MD 21209-3600
10251463    +Pittsburgh Franchise,    1100 Washington Ave.,    Carnegie, PA 15106-3614
10251464    +Portland Franchise,    John R Case,    434 N W Hoyt St,    Portland, OR 97209-3705
10251452    +RJ Driveaway co Inc,    9039-A W. National Ave.,    Milwaukee, WI 53227-1511
10251465     Reliance Insurance Group,    Philadelphia, PA
10251466    +Richmond Franchise,    4905 Radford Ave.,    Richmond, VA 23230-3527
10675754    +Robert O Waters Co Inc,    d/b/a Auto Driveaway co,    PO Box 247/116 Maple Dr,
              Fayetteville, NY 13066-0247
10251467    +Rose A. Sohl Trust,    512 W. Shady Lane,    Barrington, IL 60010-4144
10251468    +San Diego Franchise,    7590 El Cajon Blvd.,    La Mesa, CA 91942-4641
10648733    +Scott Allen,    Auto Driveway Inc,    9025 S State St,    Sandy, UT 84070-2751
10251470    +Simple Distributors, LLC,    2000 W. Carroll, #403,    Chicago, IL 60612-1677
10251471     St. Louis Franchise,    1155 Francis Place,    Saint Louis, MO 63117
10251472    +Tampa Franchise,    2401 W. Kennedy Blvd.,    Tampa, FL 33609-3357
10251473    +Terrence P. Keenan, P.C.,    CPA,    5358 RFD.,    Long Grove, IL 60047-9747
10251423     Three Ten S. Michigan Avenue LLC,    PO Box 74133,    Cleveland, OH 44194-4133
10251474    +Wichita Franchise,    3202 W. 13th Street,    Wichita, KS 67203-6664
10251475    +William J. Kamm & Sons,    PO Box 129,    Medinah, IL 60157-0129
```

```
District/off: 0752-1          User: mflowers              Page 2 of 2                  Date Rcvd: Dec 18, 2014
                              Form ID: pdf006             Total Noticed: 64
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
10251442         +E-mail/Text: cindy.ann.roebuck@hp.com Dec 19 2014 01:17:04
                   Hewlett-Packard Financial Services,    420 Mountain Avenue,   PO Box 6,
                   Murray Hill, NJ 07974-0006
10732974          E-mail/Text: cio.bncmail@irs.gov Dec 19 2014 01:15:56
                   Department of the Treasury-Internal Revenue Servic,   Centralized Insolvency Operations,
                   P O Box 21126,   Philadelphia, PA 19114
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10251424       ##Access Receivables Management,    PO Box 9801,   Towson, MD 21284-9801
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 16, 2014 at the address(es) listed below:
            Eugene S. Kraus    on behalf of Trustee Horace  Fox, JR ekraus@skcounsel.com
            Horace Fox, JR    foxhorace@aol.com,
             hf@trustesolutions.net;hf@trustesolutions.com;mmedina@lehmanfox.com
            Horace Fox, JR    on behalf of Accountant    Popowcer Katten, Ltd foxhorace@aol.com,
             hf@trustesolutions.net;hf@trustesolutions.com;mmedina@lehmanfox.com
            James M McArdle    on behalf of Plaintiff Horace  Fox Trustee jmcardle@skcounsel.com
            James M McArdle    on behalf of Trustee Horace  Fox, JR jmcardle@skcounsel.com
            James M McArdle    on behalf of Plaintiff Horace  Fox  Trustee jmcardle@skcounsel.com
            Jason R. Sleezer    on behalf of Trustee Horace  Fox, JR jsleezer@skcounsel.com,
             rybarra@skcounsel.com
            John T. Gregg    on behalf of Defendant    AD Acquisition LLC john.gregg@btlaw.com
            Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
            Sonia  Kinra    on behalf of Trustee Horace  Fox, JR skinra@skcounsel.com,   ekraus@skcounsel.com
            Steven R Radtke    on behalf of Debtor    Sohl Enterprises, Inc. sradtke@chillchillradtke.com
                                                                                              TOTAL: 11
```