## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 05-55217 |
| | § | |
| SOHL ENTERPRISES INC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
## CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $446,665.29 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $0.00 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $29,366.50 | | |

3)      Total gross receipts of $29,366.50  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $29,366.50 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $4,062.48 | $9,571.38 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $74,620.47 | $74,620.17 | $29,366.50 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $50,580.75 | $2,605.77 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $1,451,726.13 | $1,128,429.44 | $1,127,242.75 | $0.00 |
| **Total Disbursements** | $1,455,788.61 | $1,263,502.28 | $1,204,768.93 | $29,366.50 |

4).  This case was originally filed under chapter 7 on 10/14/2005.  The case was pending for 114 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>04/14/2015</u>                    By:   <u>/s/ Horace Fox, Jr.</u>
                                                              Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| San Jose Franchise a/r | 1121-000 | $4,204.94 |
| Bond at Midwest Bank & Trust ( brkr authority)/ Bond expired and was not renewed. FUnds were transferred to Harris Bank. | 1129-000 | $13,402.14 |
| JP Morgan Ginnie Mae bonds | 1129-000 | $397.95 |
| LaSalle Bank money market account | 1129-000 | $9,210.11 |
| Midwest Bank & Trust ( payroll ) funds at the bank | 1129-000 | $1,296.97 |
| Interest Asset | 1270-000 | $58.49 |
| **TOTAL GROSS RECEIPTS** | | $28,570.60 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 23 | Philadelphia Franchise | 4110-000 | $4,062.48 | $9,571.38 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $4,062.48 | $9,571.38 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Jr., Trustee | 2100-000 | NA | $3,686.65 | $3,686.65 | $1,327.59 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | $21.85 | $21.85 | $21.85 |
| International Sureties, LTD. | 2300-000 | NA | $110.76 | $110.76 | $110.76 |
| Vanguard Archives, LLC | 2420-000 | NA | $5,024.26 | $5,024.26 | $0.00 |
| Clerk, US Bankruptcy Court (Vanguard Archives, LLC) | 2420-001 | NA | $0.00 | $0.00 | $1,809.28 |
| Green Bank | 2600-000 | NA | $1,516.69 | $1,516.69 | $1,516.69 |
| CLERK OF BANKRUPTCY COURT | 2700-000 | NA | $2,250.00 | $2,250.00 | $2,250.00 |
| Chris Matsakis, | 2990-000 | NA | $3,116.00 | $3,116.00 | $1,122.10 |

| | | | | | |
|---|---|---|---|---|---|
| Dealgenius | | | | | |
| Jason Sleezer, Scott & Kraus, LLC, Attorney for Trustee | 3210-000 | NA | $55,331.50 | $55,331.50 | $19,925.35 |
| Jason Sleezer, Scott & Kraus LLC, Attorney for Trustee | 3220-000 | NA | $1,474.76 | $1,474.46 | $530.97 |
| Lois West, Popowcer Katten, LTD, Accountant for Trustee | 3410-000 | NA | $2,082.50 | $2,082.50 | $749.93 |
| Lois West, Popowcer Katten, LTD, | 3420-000 | NA | $5.50 | $5.50 | $0.00 |
| Clerk, US Bankruptcy Court (Lois West, Popowcer Katten, LTD) | 3420-001 | NA | $0.00 | $0.00 | $1.98 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $74,620.47 | $74,620.17 | $29,366.50 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Scott Allen | 5800-000 | $0.00 | $780.32 | $0.00 | $0.00 |
| 7 | John Ortiz | 5800-000 | $0.00 | $2,605.77 | $2,605.77 | $0.00 |
| 14 | Department of the Treasury-Internal Revenue Service | 5800-000 | $0.00 | $18,275.75 | $0.00 | $0.00 |
| 16 | RJ Driveaway co Inc | 5800-000 | $0.00 | $961.78 | $0.00 | $0.00 |
| 17B | St. Louis Franchise | 5800-000 | $0.00 | $2,225.00 | $0.00 | $0.00 |
| 20B | Gel-Kor Enterprises Inc | 5800-000 | $0.00 | $4,925.00 | $0.00 | $0.00 |
| 22 | Donald C Addlespurger | 5800-000 | $0.00 | $2,531.38 | $0.00 | $0.00 |
| 25 | Department of the Treasury-Internal Revenue Service | 5800-000 | $0.00 | $18,275.75 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $50,580.75 | $2,605.77 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|

| 1 | IBM Credit LLC | 7100-000 | $42,659.00 | $28,977.00 | $28,977.00 | $0.00 |
|---|---|---|---|---|---|---|
| 2 | Portland Franchise | 7100-000 | $246.18 | $5,000.00 | $5,000.00 | $0.00 |
| 3 | Terrence P. Keenan, P.C. | 7100-000 | $612.50 | $612.50 | $612.50 | $0.00 |
| 4 | Hewlett-Packard Financial Services Company | 7100-000 | $12,000.00 | $15,121.89 | $15,121.89 | $0.00 |
| 6 | Detroit Franchise | 7100-000 | $5,010.76 | $18,705.97 | $18,705.97 | $0.00 |
| 8 | Robert O Waters Co Inc | 7100-000 | $0.00 | $3,339.79 | $3,339.79 | $0.00 |
| 9 | Dallas Franchise | 7100-000 | $837.65 | $8,629.83 | $8,629.83 | $0.00 |
| 10 | John F Sohl Revocable Trust | 7100-000 | $0.00 | $200,000.00 | $200,000.00 | $0.00 |
| 11 | Cincinnati Franchise | 7100-000 | $2,044.55 | $3,288.69 | $3,288.69 | $0.00 |
| 12 | Rose A. Sohl Trust | 7100-000 | $170,000.00 | $180,000.00 | $180,000.00 | $0.00 |
| 13 | Brandon Sohl | 7100-000 | $10,000.00 | $10,000.00 | $10,000.00 | $0.00 |
| 15 | DLA Piper Rudnick Gray Cary US LLP | 7100-000 | $0.00 | $71,517.16 | $71,517.16 | $0.00 |
| 17A | St. Louis Franchise | 7100-000 | $550.23 | $1,007.55 | $0.00 | $0.00 |
| 18 | AD Acquisition LLC | 7100-000 | $0.00 | $131,691.00 | $131,691.00 | $0.00 |
| 19 | William J. Kamm & Sons | 7100-000 | $98,888.91 | $98,889.00 | $98,889.00 | $0.00 |
| 20A | Gel-Kor Enterprises Inc | 7100-000 | $0.00 | $179.14 | $0.00 | $0.00 |
| 21 | CNA Companies | 7100-000 | $566,120.00 | $0.00 | $0.00 | $0.00 |
| 24 | 310 South Michigan Avenue, L.L.C. | 7100-000 | $351,469.92 | $351,469.92 | $351,469.92 | $0.00 |
| | Access Receivables Management | 7100-000 | $669.00 | $0.00 | $0.00 | $0.00 |
| | Atlanta Franchise | 7100-000 | $6,168.79 | $0.00 | $0.00 | $0.00 |
| | Barbara Mathisen | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Boston Franchise | 7100-000 | $2,688.83 | $0.00 | $0.00 | $0.00 |
| | Charlotte Franchise | 7100-000 | $4,701.70 | $0.00 | $0.00 | $0.00 |
| | Cleveland Franchise | 7100-000 | $1,298.84 | $0.00 | $0.00 | $0.00 |
| | CP Meyer Consulting | 7100-000 | $2,325.00 | $0.00 | $0.00 | $0.00 |
| | Daniel D. Shapiro & Jon Klinghoffer | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Denver Franchise | 7100-000 | $1,347.70 | $0.00 | $0.00 | $0.00 |
| Denville Franchise | 7100-000 | $4,309.68 | $0.00 | $0.00 | $0.00 |
| Ft. Lauderdale Franchise | 7100-000 | $179.48 | $0.00 | $0.00 | $0.00 |
| Ft. Meyers | 7100-000 | $247.22 | $0.00 | $0.00 | $0.00 |
| Grand Rapids Franchise | 7100-000 | $1,242.99 | $0.00 | $0.00 | $0.00 |
| Houston Franchise | 7100-000 | $2,646.44 | $0.00 | $0.00 | $0.00 |
| IKON Office Solutions, Inc. | 7100-000 | $2,585.62 | $0.00 | $0.00 | $0.00 |
| Indianapolis Franchise | 7100-000 | $881.10 | $0.00 | $0.00 | $0.00 |
| Injured Workers Insurance Fund for | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Kansas Franchise | 7100-000 | $254.47 | $0.00 | $0.00 | $0.00 |
| Long Beach Franchise | 7100-000 | $2,860.94 | $0.00 | $0.00 | $0.00 |
| Louisville Franchise | 7100-000 | $1,218.00 | $0.00 | $0.00 | $0.00 |
| Memphis Franchise | 7100-000 | $1,026.22 | $0.00 | $0.00 | $0.00 |
| Milwaukee Franchise | 7100-000 | $503.83 | $0.00 | $0.00 | $0.00 |
| Minneapolis Franchise | 7100-000 | $852.23 | $0.00 | $0.00 | $0.00 |
| Nashville Franchise | 7100-000 | $5,354.88 | $0.00 | $0.00 | $0.00 |
| New York Franchise | 7100-000 | $491.85 | $0.00 | $0.00 | $0.00 |
| O'Hagan, Smith & Amundsen | 7100-000 | $13,685.92 | $0.00 | $0.00 | $0.00 |
| Omaha Franchise | 7100-000 | $360.50 | $0.00 | $0.00 | $0.00 |
| Orlando Franchise | 7100-000 | $3,107.93 | $0.00 | $0.00 | $0.00 |
| PC Mall | 7100-000 | $402.70 | $0.00 | $0.00 | $0.00 |
| Phoenix Franchise | 7100-000 | $452.68 | $0.00 | $0.00 | $0.00 |
| Piper Rudnick | 7100-000 | $61,194.90 | $0.00 | $0.00 | $0.00 |
| Pittsburgh Franchise | 7100-000 | $1,261.08 | $0.00 | $0.00 | $0.00 |
| Reliance Insurance Group | 7100-000 | $60,000.00 | $0.00 | $0.00 | $0.00 |
| Richmond Franchise | 7100-000 | $652.67 | $0.00 | $0.00 | $0.00 |
| San Diego | 7100-000 | $931.71 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Franchise | | | | | |
| | San Jose Franchise | 7100-000 | $2,907.85 | $0.00 | $0.00 | $0.00 |
| | Simple Distributors, LLC | 7100-000 | $959.84 | $0.00 | $0.00 | $0.00 |
| | Tampa Franchise | 7100-000 | $756.74 | $0.00 | $0.00 | $0.00 |
| | Wichita Franchise | 7100-000 | $757.10 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,451,726.13 | $1,128,429.44 | $1,127,242.75 | $0.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   1          Exhibit 8

| Case No.: | 05-55217 | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | SOHL ENTERPRISES INC | | Date Filed (f) or Converted (c): | 10/14/2005 (f) |
| For the Period Ending: | 4/14/2015 | | §341(a) Meeting Date: | 02/07/2006 |
| | | | Claims Bar Date: | 05/15/2006 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | |
|---|---|---|---|---|---|
| 1 | distressed r/e judgmentd | $1,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | judgment against distressed real estate 3820 Butler Streeet, Pittsburg PA | | | | |
| 2 | Midwest Bank & Trust ( payroll ) funds at the bank | $1,839.00 | $1,839.00 | | $1,296.97 | FA |
| 3 | Midwest Bank & Trust (checking) | $467.00 | $467.00 | | $0.00 | FA |
| 4 | LaSalle Bank money market account | $8,800.00 | $8,800.00 | | $9,210.11 | FA |
| 5 | Key Bank, Elkhart IN (checking) | $1,500.00 | $1,500.00 | | $0.00 | FA |
| **Asset Notes:** | key bank responded to my subpoena, that no such account existed under Sohl, Auto Driveway or Brandon Sohl. | | | | |
| 6 | Security deposit Dallas TX office | $2,800.00 | $2,800.00 | | $0.00 | FA |
| **Asset Notes:** | used for rent | | | | |
| 7 | Bond at Midwest Bank & Trust ( brkr authority)/ Bond expired and was not renewed. FUnds were transferred to Harris Bank.  I have issued a subpoena to Harris which is returnable 2.5.09. | $12,500.00 | $12,500.00 | | $13,402.14 | FA |
| 8 | JP Morgan Ginnie Mae bonds | $515.20 | $515.20 | | $397.95 | FA |
| **Asset Notes:** | split evenly between 3 JP Morgan bonds | | | | |
| 9 | JP Morgan Ginnie Mae bonds | $1,224.95 | $1,224.95 | | $397.95 | FA |
| **Asset Notes:** | split evenly between 3 JP Morgan bonds | | | | |
| 10 | JP Morgan Ginnie Mae bonds | $1,530.53 | $1,530.53 | | $397.95 | FA |
| **Asset Notes:** | split evenly between 3 JP Morgan bonds | | | | |
| 11 | receivables collectible by purchaser AD Acquisition | $330,554.26 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | The business was sold to AD Acqquisitions along with the right to collect this receivable | | | | |
| 12 | Atlanta Franchise a/r | $2,325.84 | $2,325.84 | | $0.00 | FA |
| 13 | Boston Franchise a/r | $4,492.34 | $4,492.34 | | $0.00 | FA |
| 14 | Cincinnati Franchise a/r | $1,047.41 | $1,047.41 | | $0.00 | FA |
| 15 | Cleveland Franchise a/r | $265.25 | $265.25 | | $0.00 | FA |
| 16 | Charlotte Franchise a/r | $5,107.21 | $5,107.21 | | $0.00 | FA |
| 17 | Dallas Franchise a/r/ Adversary filed, 07-983 and voluntarily dismissed. | $2,850.63 | $2,850.63 | | $0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:   2          Exhibit 8

| Case No.: | 05-55217 | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | SOHL ENTERPRISES INC | | Date Filed (f) or Converted to (c): | 10/14/2005 (f) |
| For the Period Ending: | 4/14/2015 | | §341(a) Meeting Date: | 02/07/2006 |
| | | | Claims Bar Date: | 05/15/2006 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Asset Notes:**     Voluntarily dismissed with prejudice. | | | | | |
| **Ref. #** | | | | | |
| 18   Denville Franchise a/r/ Adversary filed and voluntarily dismissed 07-987 | $24,026.74 | $24,026.74 | | $0.00 | FA |
| **Asset Notes:**     voluntarily dismissed with prejudice | | | | | |
| 19   Houston Franchise a/r | $286.62 | $286.62 | | $0.00 | FA |
| 20   Indianapolis Franchise a/r | $583.50 | $583.50 | | $0.00 | FA |
| 21   Las Vegas Franchise a/r | $1,433.75 | $1,433.75 | | $0.00 | FA |
| 22   Long Beach Franchise a/r | $2,571.00 | $2,571.00 | | $0.00 | FA |
| 23   Los Angeles Franchise a/r | $603.93 | $603.93 | | $0.00 | FA |
| 24   Louisville Franchise a/r | $422.88 | $422.88 | | $0.00 | FA |
| 25   Memphis Franchise a/r | $1,097.42 | $1,097.42 | | $0.00 | FA |
| 26   Miami Franchise a/r | $1,369.57 | $1,369.57 | | $0.00 | FA |
| 27   Milwaukee Franchise a/r | $1,487.87 | $1,487.87 | | $0.00 | FA |
| 28   MInneapolis Franchise a/r/ adversary filed and volun tarily dismissed 07-988 | $10,951.77 | $10,951.77 | | $0.00 | FA |
| **Asset Notes:**     Vountarily dismissed with prejudice. | | | | | |
| 29   Nashville Franchise a/r | $1,730.15 | $1,730.15 | | $0.00 | FA |
| 30   Ne York Franchise a/r | $853.55 | $853.55 | | $0.00 | FA |
| 31   Oklahoma City Franchise a/r adversary 07-989 filed Status 2.18.09 | $3,965.23 | $3,965.23 | | $0.00 | FA |
| **Asset Notes:**     Dismissed with prejudice. | | | | | |
| 32   Orlando Franchise a./r/ adversary filed default order granted $ 1893.86 plus interest of $67.07. | $5,001.79 | $5,001.79 | | $0.00 | FA |
| **Asset Notes:**     Default jdmt of 1893.86 obtained of 67.07 obtained.  Defendant not able to be found to collect. | | | | | |
| 33   Philadelphia Franchise a/r/ adversary filed, 07-991 and dismissed voluntarily, with prejudice. | $8,642.78 | $8,642.78 | | $0.00 | FA |
| 34   Pittsburgh Franchise a/r/ adversary filed 07-992. Default order entered for $2,001.29 plus interest of $70.88. | $3,262.37 | $3,262.37 | | $0.00 | FA |
| **Asset Notes:**     default jdgmt of 2101.29 plus 70.88 interest entered.  Unable to collect default judgment. | | | | | |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:   3                Exhibit 8

| Case No.: | 05-55217 | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | SOHL ENTERPRISES INC | | Date Filed (f) or Converted (c): | 10/14/2005 (f) |
| For the Period Ending: | 4/14/2015 | | §341(a) Meeting Date: | 02/07/2006 |
| | | | Claims Bar Date: | 05/15/2006 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 35 | Richmond Franchise a/r/ adversary filed 07-993 and voluntarily dismissed. | $15,341.57 | $15,341.57 | | $0.00 | FA |
| 36 | SanDiego Franchise a/r | $586.21 | $586.21 | | $0.00 | FA |
| 37 | San Jose Franchise a/r | $4,672.16 | $4,672.16 | | $4,204.94 | FA |
| 38 | Seattle Franchise a/r | $4,288.01 | $4,288.01 | | $0.00 | FA |
| 39 | St. Louis Franchise a/r | $339.06 | $339.06 | | $0.00 | FA |
| 40 | Salt Lake City Franchise a/r | $371.20 | $371.20 | | $0.00 | FA |
| 41 | Tampa a/r | $1,222.09 | $1,222.09 | | $0.00 | FA |
| 42 | Washington D.C. Franchise a/r | $3,816.29 | $3,816.29 | | $0.00 | FA |
| 43 | VOID | $0.00 | $0.00 | | $0.00 | $0.00 |
| 44 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| INT | Interest Asset                    (u) | Unknown | Unknown | | $58.49 | Unknown |
| **Asset Notes:** | interest asset unscheduled so 'U' appears on form 2 3.28.11 | | | | | |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding unknown value) | $477,747.13 | $146,192.87 | | $29,366.50 | $0.00 |

**Major Activities affecting case closing:**

Final report and fee applications set to be heard on 2.9.15.  Checks written 2.9.15.

E-mailed order to reviewer, Saladin on Vanguard claim, part administrative, part unsecured, and asked Mr. Sleezer to re-notice motion to pay Deal Genius, then resubmit final report to UST.

Final report submitted UST 10.27.14

Awaiting bank statement ordered mid September.

Tax returns available this week. 9.11.14

Motion to destroy records continued to 8.4.14, granted 8.4.14

Motion to destroy records set in Court 7.9.14

Expect submit final report 8.1.14 after motion to abandon and destroy records now set for 7.23.14 is granted.  7.20.14.

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| | |
|---|---|
| **Case No.:** 05-55217 | **Trustee Name:** Horace Fox, Jr. |
| **Case Name:** SOHL ENTERPRISES INC | **Date Filed (f) or Converted (c):** 10/14/2005 (f) |
| **For the Period Ending:** 4/14/2015 | **§341(a) Meeting Date:** 02/07/2006 |
| | **Claims Bar Date:** 05/15/2006 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Matt Glen, bond broker says that bonds have been called down to 2500.00 dollars, total.   Princ., paid out over face period. 01.13.2011. 630-323-5002.

Getting affidavit from broker on who got money.  1.14.12

Supplementing information in bond broker affidavit 2.29.12

Requested status of selling broker's affidavit as to bonds 4.7.12

E-mailed Mr. Sleezer re: broker affidavit as to sale of bonds.11.03.12

E-mailed and called broker re: bond sale and activity before sale. 2.9.13

Deposited bond funds, allocated between 3 bonds. 2.22.13

Look at claims again 5.11.13

Prepare final report. 8.12.13

An affidavit is being prepared for Mr. Glenn's signature regarding disposition of value of bond value over years.  Asked Mr. Sleezer to ask him to provide dettail of his fee, which he took out before sending me the bond proceeds, for accounting purposes. 10.1.13

10.28.13 broker affidavit has been signed by broker.

Set hearing for bond broker regarding drawdown and proceeds. 3.10.14

Requested accountant prepare taxes 6.5.14

Requested motion to destroy records and amended fees from Kraus firm and Matsakis firm. 6.6.14
Objections to claims continued to 1.26.11 at 10:00.

Objections to claims 23 and 17 were granted as were motions to employ L. West, add Jason Sleezer as counsel and to sell bonds.

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No:   5          Exhibit 8

| Case No.: | 05-55217 | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | SOHL ENTERPRISES INC | | | Date Filed (f) or Converted (c): | 10/14/2005 (f) |
| For the Period Ending: | 4/14/2015 | | | §341(a) Meeting Date: | 02/07/2006 |
| | | | | Claims Bar Date: | 05/15/2006 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

check on security deposit.  Object to claims.  Recapp adversaries.    6.26.10 Appoint accountant.

Redeem bonds.  Sell adversary judgments.10.03.10

Spoke to Gene Kraus re sale of 3 mortgage backed securities, GNMAII set to mature in 2023 and 2024.  He will file citation to discover assets on the several small judgments we have on the adversaries and file any necessary claim objections.

Spoke to J. Sleezer, who will get claims objections, motion to appoint accountant, motion to sell mortgage backed securities  on file set for 12.20.10.  Motion to abandon, to be set for 12.20 in case anyone wants to buy the judgments.
Must cash out JP Morgan bonds.  All adversaries have been disposed of.  Security deposit, likely used as rent.
Steve Radke has 15,000 from Midwest/Harris bank that are estate funds.
We sued any franchise that owed the estate more than $5,000.00
Got docs on remaining adversary.  Pursuing cd backing letter of credit at Harris bank through a subpoena.
Status on remaining adversaries 10.29.08
Demand letters to the banks this week.
Status 4.30.08.
There are receivalbes to collect.  Jim McArdle has been employed.  Consider selling receivables on the internet.  Got order to employ auctioneer. Receivables have been offered several times in live and internet auctions, fetching no  acceptable offer. Proceed with adversaries.  Inspected 9 skids of recored prior to destruction and agreed to a claim by the storage company.
Stored the remaining 1 skid with Chris Matsakis.   Filed 9 adversaries October 12 and 13, 2007.

The large adversary was dismissed as the right to pursue it had been sold.  The other adversaries to be reserved.  2 additional adversaries closed.

| Initial Projected Date Of Final Report (TFR): | 11/30/2013 | Current Projected Date Of Final Report (TFR): | 10/15/2014 | /s/ HORACE FOX, JR. |
| | | | | HORACE FOX, JR. |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No. | 05-55217 | |
| Case Name: | SOHL ENTERPRISES INC | |
| Primary Taxpayer ID #: | **-***2435 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 10/14/2005 | |
| For Period Ending: | 4/14/2015 | |

| | | |
|---|---|---|
| Trustee Name: | Horace Fox, Jr. | |
| Bank Name: | Green Bank | |
| Checking Acct #: | ******1701 | |
| Account Title: | DDA | |
| Blanket bond (per case limit): | $5,000,000.00 | |
| Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/25/2011 | | STERLING BANK | Transfer Funds | 9999-000 | $25,866.40 | | $25,866.40 |
| 08/01/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $9.42 | $25,856.98 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $41.72 | $25,815.26 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $43.00 | $25,772.26 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $38.90 | $25,733.36 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $40.18 | $25,693.18 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $41.46 | $25,651.72 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $41.39 | $25,610.33 |
| 02/06/2012 | 5001 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $24.73 | $25,585.60 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $38.64 | $25,546.96 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $42.55 | $25,504.41 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $38.50 | $25,465.91 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $41.09 | $25,424.82 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $41.02 | $25,383.80 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $39.64 | $25,344.16 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $44.85 | $25,299.31 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $35.55 | $25,263.76 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $40.76 | $25,223.00 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $42.01 | $25,180.99 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $38.01 | $25,142.98 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $40.57 | $25,102.41 |
| 02/05/2013 | 5002 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $29.78 | $25,072.63 |
| 02/22/2013 | | Edward Jones | Check from Edward Jones Investment company for 3 bonds was split evenly and allocated to each asset. | * | $1,193.85 | | $26,266.48 |
| | {8} | | allocate broker's fee 11.12.13          $397.95 | 1129-000 | | | $26,266.48 |
| | {9} | | $397.95 | 1129-000 | | | $26,266.48 |
| | {10} | | $397.95 | 1129-000 | | | $26,266.48 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $36.80 | $26,229.68 |

| | | | | **SUBTOTALS** | $27,060.25 | $830.57 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-55217 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | SOHL ENTERPRISES INC | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2435 | | Checking Acct #: | ******1701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 10/14/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/14/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $42.32 | $26,187.36 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $40.89 | $26,146.47 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $44.91 | $26,101.56 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $38.04 | $26,063.52 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $42.05 | $26,021.47 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $44.69 | $25,976.78 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $37.86 | $25,938.92 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $41.85 | $25,897.07 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $41.79 | $25,855.28 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $40.37 | $25,814.91 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $44.34 | $25,770.57 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $37.56 | $25,733.01 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $38.84 | $25,694.17 |
| 04/01/2014 | 5003 | INTERNATIONAL SURETIES LTD | Bond Payment | 2300-000 | | $21.85 | $25,672.32 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $40.09 | $25,632.23 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $42.69 | $25,589.54 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $38.62 | $25,550.92 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $41.23 | $25,509.69 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $42.49 | $25,467.20 |
| 02/10/2015 | 5004 | Lois West, Popowcer Katten, LTD | Accountant for Trustee Expenses (Other Firm) | 3420-001 | | $1.98 | $25,465.22 |
| 02/10/2015 | 5005 | Lois West, Popowcer Katten, LTD | Final  Account Number: ; Claim #: ; Dividend: 2.94; Amount Allowed: 2,082.50;  Notes: ; Account Number: ; Distribution Dividend: {$v | 3410-000 | | $749.93 | $24,715.29 |
| 02/10/2015 | 5006 | Jason Sleezer, Scott & Kraus LLC | Final  Account Number: ; Claim #: ; Dividend: 2.08; Amount Allowed: 1,474.46;  Notes: ; Account Number: ; Distribution Dividend: {$v | 3220-000 | | $530.97 | $24,184.32 |
| 02/10/2015 | 5007 | Jason Sleezer, Scott & Kraus, LLC | Final  Account Number: ; Claim #: ; Dividend: 78.23; Amount Allowed: 55,331.50;  Notes: ; Account Number: ; Distribution Dividend: {$v | 3210-000 | | $19,925.35 | $4,258.97 |
| | | | **SUBTOTALS** | | $0.00 | $21,970.71 | |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No. | 05-55217 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | SOHL ENTERPRISES INC | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2435 | | Checking Acct #: | ******1701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 10/14/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/14/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/10/2015 | 5008 | Vanguard Archives, LLC | Final Account Number: ; Claim #: ; Dividend: 7.10; Amount Allowed: 5,024.26; Notes: Vaguard granted administrative claim of $5,024.26, an allowed us claim of $300.24 and the ability to supplement its claim for subsequent charges, per 3.23.07 court order | 2420-000 | | $1,809.28 | $2,449.69 |
| 02/10/2015 | 5009 | Chris Matsakis, Dealgenius | Final Account Number: ; Claim #: ; Dividend: 4.40; Amount Allowed: 3,116.00; Notes: Record storage, through May 2014, 27 boxes 60.00 pick up fee and 420.00 annually plus 35.00 for 5.14, including 81.00 for destruction of records.; Account Number: ; Dist | 2990-000 | | $1,122.10 | $1,327.59 |
| 02/10/2015 | 5010 | Horace Fox, Jr. | Trustee Compensation | 2100-000 | | $1,327.59 | $0.00 |
| 03/13/2015 | 5008 | Vanguard Archives, LLC | Void of Check# 5008 | 2420-003 | | ($1,809.28) | $1,809.28 |
| 03/13/2015 | 5011 | Office of the Bankruptcy Clerk | Unclaimed Funds FROM VANGUARD ARCHIVES, LLC. CHECK # 5008 | 2420-001 | | $1,809.28 | $0.00 |

| | | | TOTALS: | | $27,060.25 | $27,060.25 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank transfers/CDs | | $25,866.40 | $0.00 | |
| | | | Subtotal | | $1,193.85 | $27,060.25 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $1,193.85 | $27,060.25 | |

| For the period of  10/14/2005 to 4/14/2015 | | For the entire history of the account between 07/25/2011 to 4/14/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,193.85 | Total Compensable Receipts: | $1,193.85 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,193.85 | Total Comp/Non Comp Receipts: | $1,193.85 |
| Total Internal/Transfer Receipts: | $25,866.40 | Total Internal/Transfer Receipts: | $25,866.40 |
| | | | |
| Total Compensable Disbursements: | $27,060.25 | Total Compensable Disbursements: | $27,060.25 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $27,060.25 | Total Comp/Non Comp Disbursements: | $27,060.25 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No.: | 05-55217 | | | Trustee Name: | | Horace Fox, Jr. |
| Case Name: | SOHL ENTERPRISES INC | | | Bank Name: | | BANK OF AMERICA |
| Primary Taxpayer ID #: | **-***2435 | | | Money Market Acct #: | | ******8398 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | | MONEY MARKET |
| For Period Beginning: | 10/14/2005 | | | Blanket bond (per case limit): | | $5,000,000.00 |
| For Period Ending: | 4/14/2015 | | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/16/2007 | (37) | SAN JOSE AUTO DRIVEAWAY CO. | accounts receivable | 1121-000 | $4,204.94 | | $4,204.94 |
| 05/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $1.03 | | $4,205.97 |
| 06/29/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $3.45 | | $4,209.42 |
| 07/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $3.58 | | $4,213.00 |
| 08/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $3.58 | | $4,216.58 |
| 09/28/2007 | (INT) | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | $2.68 | | $4,219.26 |
| 10/15/2007 | 101 | CLERK OF US BANRUPTCY CLERK | filing fee 10 adversaries | 2700-000 | | $2,500.00 | $1,719.26 |
| 10/16/2007 | 101 | Reverses Check # 101 | filing fee 10 adversaries | 2700-003 | | ($2,500.00) | $4,219.26 |
| 10/16/2007 | 102 | CLERK OF BANKRUPTCY COURT | reverses check 101 | 2700-000 | | $2,250.00 | $1,969.26 |
| 10/31/2007 | (INT) | BANK OF AMERICA | OCTOBER 2007 INTEREST | 1270-000 | $2.00 | | $1,971.26 |
| 11/08/2007 | (INT) | BANK OF AMERICA | Interest Earned For November 2007 | 1270-000 | $0.25 | | $1,971.51 |
| 11/08/2007 | | Sterling Bank | Transfer Funds | 9999-000 | | $1,971.51 | $0.00 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $4,221.51 | $4,221.51 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $1,971.51 | |
| **Subtotal** | $4,221.51 | $2,250.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $4,221.51 | $2,250.00 | |

| For the period of 10/14/2005 to 4/14/2015 | | For the entire history of the account between 05/16/2007 to 4/14/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,221.51 | Total Compensable Receipts: | $4,221.51 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,221.51 | Total Comp/Non Comp Receipts: | $4,221.51 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2,250.00 | Total Compensable Disbursements: | $2,250.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,250.00 | Total Comp/Non Comp Disbursements: | $2,250.00 |
| Total Internal/Transfer Disbursements: | $1,971.51 | Total Internal/Transfer Disbursements: | $1,971.51 |

Page No: 5          Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 05-55217 | |
| Case Name: | SOHL ENTERPRISES INC | |
| Primary Taxpayer ID #: | **-***2435 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 10/14/2005 | |
| For Period Ending: | 4/14/2015 | |

| | | |
|---|---|---|
| Trustee Name: | Horace Fox, Jr. |
| Bank Name: | STERLING BANK |
| Checking Acct #: | ******5217 |
| Account Title: | |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/02/2008 | | Transfer From MMA # ******5217 | Transfer For Bond Payment | 9999-000 | $1.81 | | $1.81 |
| 04/02/2008 | 2001 | International Sureties, LTD. | Bond Payment | 2300-000 | | $1.81 | $0.00 |
| 04/02/2009 | | Transfer From MMA # ******5217 | Transfer For Bond Payment | 9999-000 | $9.06 | | $9.06 |
| 04/02/2009 | | Transfer From MMA # ******5217 | Transfer For Bond Payment | 9999-000 | $9.06 | | $18.12 |
| 04/02/2009 | | Transfer To Acct#******5217 | transfer to money market | 9999-000 | | $9.06 | $9.06 |
| 04/02/2009 | 2002 | International Sureties, LTD. | Bond Payment | 2300-000 | | $9.06 | $0.00 |
| 04/02/2009 | 2002 | VOID: International Sureties, LTD. | void, check 2002 | 2300-003 | | ($9.06) | $9.06 |
| 04/02/2009 | 2003 | International Sureties, LTD. | Bond Payment | 2300-000 | | $9.06 | $0.00 |
| 04/28/2010 | | Transfer From MMA # ******5217 | Transfer For Bond Payment | 9999-000 | $22.21 | | $22.21 |
| 04/28/2010 | 2004 | International Sureties, LTD. | Bond Payment | 2300-000 | | $22.21 | $0.00 |
| 03/02/2011 | | Transfer From MMA # ******5217 | Transfer For Bond Payment | 9999-000 | $23.17 | | $23.17 |
| 03/02/2011 | 2005 | International Sureties, Ltd. | Bond Payment - No. 01-6026455 | 2300-000 | | $23.17 | $0.00 |

| | | | |
|---|---|---|---|
| TOTALS: | $65.31 | $65.31 | $0.00 |
| Less: Bank transfers/CDs | $65.31 | $9.06 | |
| Subtotal | $0.00 | $56.25 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $0.00 | $56.25 | |

| For the period of 10/14/2005 to 4/14/2015 | | For the entire history of the account between 03/31/2008 to 4/14/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $65.31 | Total Internal/Transfer Receipts: | $65.31 |
| | | | |
| Total Compensable Disbursements: | $56.25 | Total Compensable Disbursements: | $56.25 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $56.25 | Total Comp/Non Comp Disbursements: | $56.25 |
| Total Internal/Transfer Disbursements: | $9.06 | Total Internal/Transfer Disbursements: | $9.06 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-55217 | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | SOHL ENTERPRISES INC | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***2435 | | Money Market Acct #: | ******5217 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 10/14/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/14/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/08/2007 | | BANK OF AMERICA | Transfer Funds | 9999-000 | $1,971.51 | | $1,971.51 |
| 11/30/2007 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.75 | | $1,972.26 |
| 12/31/2007 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $1.01 | | $1,973.27 |
| 01/31/2008 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.95 | | $1,974.22 |
| 02/29/2008 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.78 | | $1,975.00 |
| 03/31/2008 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.77 | | $1,975.77 |
| 04/02/2008 | | Transfer To # ******5217 | Transfer For Bond Payment | 9999-000 | | $1.81 | $1,973.96 |
| 04/30/2008 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.65 | | $1,974.61 |
| 05/30/2008 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.67 | | $1,975.28 |
| 06/30/2008 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.65 | | $1,975.93 |
| 07/31/2008 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.62 | | $1,976.55 |
| 08/29/2008 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.50 | | $1,977.05 |
| 09/30/2008 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.49 | | $1,977.54 |
| 10/31/2008 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.38 | | $1,977.92 |
| 11/28/2008 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.25 | | $1,978.17 |
| 12/31/2008 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.21 | | $1,978.38 |
| 01/07/2009 | (4) | Bank Of America | LaSalle Bank mm account | 1129-000 | $9,210.11 | | $11,188.49 |
| 01/15/2009 | (2) | Midwest Bank and Trust Company | Auto Driveway | 1129-000 | $1,296.97 | | $12,485.46 |
| 01/30/2009 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.79 | | $12,486.25 |
| 02/27/2009 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.96 | | $12,487.21 |
| 03/03/2009 | (7) | Auto Driveway Co. | Money in cd. | 1129-000 | $13,402.14 | | $25,889.35 |
| 03/31/2009 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $1.56 | | $25,890.91 |
| 04/02/2009 | | Transfer From Acct#******5217 | transfer to money market | 9999-000 | $9.06 | | $25,899.97 |
| 04/02/2009 | | Transfer To # ******5217 | Transfer For Bond Payment | 9999-000 | | $9.06 | $25,890.91 |
| 04/02/2009 | | Transfer To # ******5217 | Transfer For Bond Payment | 9999-000 | | $9.06 | $25,881.85 |
| 04/30/2009 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $1.06 | | $25,882.91 |
| 05/29/2009 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $1.10 | | $25,884.01 |
| 06/30/2009 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $1.06 | | $25,885.07 |
| | | | | **SUBTOTALS** | $25,905.00 | $19.93 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-55217 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | SOHL ENTERPRISES INC | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***2435 | | Money Market Acct #: | ******5217 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 10/14/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/14/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 07/31/2009 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $1.10 | | $25,886.17 |
| 08/31/2009 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $1.10 | | $25,887.27 |
| 09/30/2009 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $1.06 | | $25,888.33 |
| 10/30/2009 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $1.10 | | $25,889.43 |
| 11/30/2009 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $1.06 | | $25,890.49 |
| 12/31/2009 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $1.10 | | $25,891.59 |
| 01/29/2010 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $1.10 | | $25,892.69 |
| 02/26/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.99 | | $25,893.68 |
| 03/31/2010 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $1.10 | | $25,894.78 |
| 04/28/2010 | | Transfer To # ******5217 | Transfer For Bond Payment | 9999-000 | | $22.21 | $25,872.57 |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $1.06 | | $25,873.63 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $1.10 | | $25,874.73 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $1.06 | | $25,875.79 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $1.10 | | $25,876.89 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $1.10 | | $25,877.99 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $1.06 | | $25,879.05 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $1.10 | | $25,880.15 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $1.06 | | $25,881.21 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $1.10 | | $25,882.31 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $1.10 | | $25,883.41 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.99 | | $25,884.40 |
| 03/02/2011 | | Transfer To # ******5217 | Transfer For Bond Payment | 9999-000 | | $23.17 | $25,861.23 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $1.10 | | $25,862.33 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $1.06 | | $25,863.39 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $1.10 | | $25,864.49 |
| 06/30/2011 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $1.06 | | $25,865.55 |
| 07/25/2011 | (INT) | STERLING BANK | Interest Earned For July 2011 | 1270-000 | $0.85 | | $25,866.40 |
| 07/25/2011 | | Green Bank | Transfer Funds | 9999-000 | | $25,866.40 | $0.00 |
| | | | **SUBTOTALS** | | $26.71 | $25,911.78 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 05-55217 | |
| Case Name: | SOHL ENTERPRISES INC | |
| Primary Taxpayer ID #: | **-***2435 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 10/14/2005 | |
| For Period Ending: | 4/14/2015 | |

| | |
|---|---|
| Trustee Name: | Horace Fox, Jr. |
| Bank Name: | STERLING BANK |
| Money Market Acct #: | ******5217 |
| Account Title: | MMA |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $25,931.71 | $25,931.71 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $1,980.57 | $25,931.71 | |
| | | | **Subtotal** | | $23,951.14 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $23,951.14 | $0.00 | |

| For the period of 10/14/2005 to 4/14/2015 | | For the entire history of the account between 11/08/2007 to 4/14/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $23,951.14 | Total Compensable Receipts: | $23,951.14 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $23,951.14 | Total Comp/Non Comp Receipts: | $23,951.14 |
| Total Internal/Transfer Receipts: | $1,980.57 | Total Internal/Transfer Receipts: | $1,980.57 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $25,931.71 | Total Internal/Transfer Disbursements: | $25,931.71 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-55217 | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | SOHL ENTERPRISES INC | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***2435 | | Money Market Acct #: | ******5217 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 10/14/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/14/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|---|---|
| | | | | $29,366.50 | $29,366.50 | $0.00 |

**For the period of 10/14/2005 to 4/14/2015**

| | |
|---|---|
| Total Compensable Receipts: | $29,366.50 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $29,366.50 |
| Total Internal/Transfer Receipts: | $27,912.28 |
| | |
| Total Compensable Disbursements: | $29,366.50 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $29,366.50 |
| Total Internal/Transfer Disbursements: | $27,912.28 |

**For the entire history of the case between 10/14/2005 to 4/14/2015**

| | |
|---|---|
| Total Compensable Receipts: | $29,366.50 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $29,366.50 |
| Total Internal/Transfer Receipts: | $27,912.28 |
| | |
| Total Compensable Disbursements: | $29,366.50 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $29,366.50 |
| Total Internal/Transfer Disbursements: | $27,912.28 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.